## Case No. 11,816.

### RIDGWAY v. GHEQUIER.

[1 Cranch, C. C. 87.] [1]

Circuit Court, District of Columbia. April Term, 1802.

ASSUMPSIT—GENERAL ISSUE—RECORD OF FORMER JUDGMENT.

A record of a former judgment between the same parties, upon the same cause of action, may be given in evidence on non assumpsit.

[Cited in New York, L. E. & W. R. Co. v. McHenry, 17 Fed. 418.]

Assumpsit, non assumpsit, and issue.

THE COURT permitted the defendant to give in evidence, on the general issue, the record of a former judgment between the same parties on the same cause of action. [See Case No. 11,813].

KILTY, Chief Judge, doubting.